THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRIS HANKS, Appellant. [739 NYS2d 324] —Appeal from a judgment of Livingston County Court (Cicoria, J.), entered June 20, 2000, convicting defendant after a jury trial of promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment entered following a jury verdict convicting him of promoting prison contraband in the first degree arising from his possession of a tin can lid (Penal Law § 205.25 [2]). Contrary to defendant's contention, the conviction is supported by legally sufficient evidence and the verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495; *see also, People v Medina*, 262 AD2d 708, *lv denied* 93 NY2d 1023; *People v Jones*, 185 AD2d 470, 471, *lv denied* 80 NY2d 975). Defendant failed to preserve for our review his contentions concerning County Court's allegedly inappropriate interference in the examination of witnesses (*see, People v Yut Wai Tom*, 53 NY2d 44, 55-56) or allegedly erroneous jury charge (*see, People v Holland*, 279 AD2d 645, 647, *lv denied* 96 NY2d 801), and we decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). We have reviewed defendant's remaining contentions and conclude that they are without merit. Present—Wisner, J.P., Hurlbutt, Kehoe and Burns, JJ.